IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| CYNTHIA WRIGHT, | ) | CASE NO. 1:12 CV 913 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| MICHAEL J. ASTRUE COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Kenneth S. McHargh |
| Defendant. | ) | JUDGMENT ORDER |

As stated in the Memorandum Opinion filed contemporaneously herewith, the portion of Magistrate Judge McHargh's Report and Recommendation pertaining to Defendant's 12(b)(6) motion to dismiss (Docket #12) is ADOPTED. Defendant's motion to dismiss Plaintiff's untimely complaint is GRANTED.

DONALD C. NUGENT
United States District Judge

DATED: September 5, 2013